NUMBER 13-01-691-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


CITY OF SAN BENITO , Appellant,



v.


CENTRAL POWER & LIGHT COMPANY , Appellee.

____________________________________________________________________

On appeal from the 92nd District Court

of Hidalgo County, Texas.

____________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Dorsey and Hinojosa

Opinion Per Curiam



Appellant, CITY OF SAN BENITO , perfected an appeal from a judgment entered by the 92nd District Court of Hidalgo
County, Texas, in cause number C-1149-01-A . After the notice of appeal was filed, appellant filed an unopposed motion to
dismiss the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st day of January, 2002 .